Case 7:17-cv-00066   Document 11   Filed in TXSD on 08/24/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUANY BARRIENTOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-66 |
| | § | |
| PALOMAR SPECIALTY INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ON AGREED STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal for Plaintiff Juany Barrientos, the Court

**GRANTS** the stipulation and **DISMISSES** the case with prejudice as to All Defendants.

SO ORDERED this 24th day of August, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge